# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>GUY L CHOPP, NANCY M CHOPP | Case No. 10-69624<br>Hon. Mark A. Randon<br>Chapter No. 13 |

**ORDER GRANTING JPMORGAN CHASE BANK, N.A.'S EXPARTE
MOTION TO REDACT AND RESTRICT PUBLIC ACCESS TO
CONSUMER IDENTIFYING INFORMATION AND
<u>AUTHORIZING THE FILING OF THE REPLACEMENT FILING</u>**

Upon consideration of the motion for entry of an order, pursuant to sections 105(a) and 107(c) of the Bankruptcy Code and Bankruptcy Rule 9037(i) directing the Clerk of the Court to permanently restrict remote electronic access to the Filing, and (ii) authorizing the filing of a Replacement Filing; and the Court having considered the Motion; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. The Clerk of the Court is hereby directed to restrict remote electronic access to the Filing, which was filed as Claim No. 16-1.

3. Movant is authorized to replace the Filing with the Replacement Filing, and the Clerk of the Court is hereby directed to take such actions as are reasonably necessary to docket the Replacement Filing.

4. The Replacement Filing shall be deemed to have been filed with the Court on the date that the relevant Filing it is replacing was originally filed.

5.  The Replacement Filing shall be identical in all respects to the Filing it replaces, except for the removal of any imperfectly redacted PII.

6.  Nothing in this Order shall affect the rights of the United States Trustee, the Debtor, counsel for Debtor, the private trustee, or counsel for the private trustee in this matter to request access to the original Filing in person at, or by writing addressed to, the Clerk of the Court's office.

**Signed on August 12, 2015**

```
   ___/s/ Mark A. Randon___
   Mark A. Randon
   United States Bankruptcy Judge
```